IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CALVIN McKINNEY,        \*

    Petitioner,      \*

v.       Case No.  7:21-CV-71(HL)

     \*

ASHLEY PAULK,

     \*

    Respondent.

     \*

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of December, 2021.

                                      David W. Bunt, Clerk

                                      s/ S. B. DeCesare, Deputy Clerk